| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Stephen Carr | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Matthew Hughes | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America  
　v.  

Robert Bulmer

Case No. 2:25−mj−30405  
Assigned To : Unassigned  
Assign. Date : 6/25/2025  
Description: SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 9, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Hughes, Special Agent (FBI)  
_Printed name and title_

Sworn to before me and signed in my presence  
and/or by reliable electronic means.

Date: __June 24, 2025__

_Judge's signature_

City and state: __Detroit, Michigan__　　Hon. Anthony P. Patti, U.S. Magistrate Judge  
　　　　　　　　　　　　　　　　　　_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Introduction and Agent Background

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work, related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for Robert Bulmer for violations of 18 U.S.C. §§ 2252A(a)(2) (receipt and distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4.     The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a special agent.

5.     Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Scott has violated the above offenses.

## Probable Cause

6.     In 2015, Robert Bulmer pleaded guilty to online enticement in violation of 18 U.S.C. § 2422(b) and receipt of child pornography in

violation of 18 U.S.C. § 2252A(a)(2). He was sentenced to 135 months in federal prison and five years of supervised release. As a condition of his supervision, Bulmer was required to participate in the Computer/Internet Monitoring Program administered by the U.S. Probation Office. *United States v. Bulmer*, 14-20031, (ECF No. 30 PageID.114) (E.D. Mich. Dec. 31, 2015).

7. On or about May 9, 2025, based on a report of Bulmer's online enticement of a purported minor, described below, the Probation Office searched Bulmer's residence and located a contraband phone that he was not allowed to have under the terms of his supervised release.

8. Bulmer told his probation officer that he used the phone for social media purposes and had downloaded child sexual abuse material to the phone using a TOR application.

9. On or about May 20, 2025, I obtained a federal search warrant for the phone. I began reviewing the phone on or about May 21, 2025. A review of the phone identified approximately 17 videos and 28 images that met the federal definition of child pornography.

3

10. The file paths for the images and videos showed that the videos were downloaded from multiple known chat applications and web browsers.

11. The Probation Office searched Bulmer's residence because a resident of the State of Michigan (Complainant-1) reported to the FBI's Ann Arbor office in April 2025 that "Bobby," a known sex offender on federal supervised release, had been communicating with her, believing she was a 15-year-old female, on Facebook and Snapchat and sending sexually explicit messages.

12. Complainant-1 provided law enforcement with screen shots of "Bobby's" profile. I reviewed the screenshots, and they matched a State of Michigan driver's license image of Bulmer. Further, the Federal Probation Officer overseeing Bulmer's supervised release positively identified the individual within the photos as the Bulmer.

13. In the chats provided by Complainant-1, Bulmer asked Complainant-1 how old she was. Complainant-1 stated at first that she was 16 years old but later said that she was 15 years old. Bulmer then engaged in sexually explicit conversations with Complaint-1 where he told her, "I want to teach you how to be naughty."

14. Bulmer and Complainant-1 then agreed to transition the conversation to Snapchat. Bulmer then asked Complaint-1 to take a video of herself in the shower.

15. Complainant-1 then sent Bulmer a photo of a clothed female who appears to be a teenager. Bulmer replied, "Would be would be wrong [sic] that I was hoping you was younger."

16. Bulmer also told Complainant-1: "If you where [sic] 13 that would be really hot lol."

17. Bulmer and Complainant-1 then discussed a plan to meet in person. Bulmer agreed to meet Complainant-1 but explained that "it has to the right time and place."

## Conclusion

18. Based on the foregoing, there is probable cause to believe Robert Bulmer has committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable   Anthony   P.   Patti
United States Magistrate Judge

June 24, 2025

6