UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ROBERT BULMER,

     Defendant.

Case No. 25-cr-20822

Honorable Robert J. White

---

**ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO ALLOW FOR FILING UNDER SEAL AN EXHIBIT TO SENTENCING MEMORANDUM**

---

Upon the Motion of Defendant, Robert Bulmer, through his attorney, Edward A. Bajoka, and good cause having been shown:

IT IS HEREBY ORDERED that Counsel for Robert Bulmer is authorized to file under seal Exhibit A of his Sentencing Memorandum.

SO ORDERED.

Dated: March 12, 2026

s/Robert J. White
Robert J. White
United States District Judge